IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN CROTTS                                                          PETITIONER
Reg. #31171-009

V.                      CASE NO. 2:18-CV-154-JM-BD

UNITED STATES OF AMERICA                                             RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. Petitioner John Crotts has not filed any objections to the Recommendation. After careful consideration, this Court adopts the Recommendation as its own. Mr. Crotts's petition for writ of habeas corpus (docket entry #1) is DENIED and DISMISSED without prejudice. Mr. Crotts's pending motion to proceed *in forma pauperis* (Docket entry #3) is DENIED as moot.

IT IS SO ORDERED this 15th_day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE